**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ISLAND PIPELINE, LLC, a
Georgia Limited Liability Company

        Plaintiff,

vs.                                            Case No. 3:08-cv-1133-J-32JRK

SEQUOYAH LIMITED, LLC, et al.,

        Defendants.

## **ORDER**[1]

This case is before the Court on defendant/counterclaim plaintiff Sequoyah Limited LLC's Motion for Default Judgment. (Doc. 36). On December 29, 2009, this Court entered an Order (Doc. 38) requesting that Sequoyah provide supporting documentation for the calculation of its requested damages. In addition, the Order afforded plaintiff/counterclaim defendant Island Pipeline, LLC the opportunity to be heard with regard to Sequoyah's motion for default judgment and the matter of damages. While Sequoyah timely provided the documentation requested of it (Doc. 39), Island Pipeline has failed to respond within the time frame provided by the Court.

Upon consideration, the Court finds default judgment is now due to be entered in Sequoyah's favor and against Island Pipeline in the amount of $541,255.21 pursuant to Fed.R.Civ.P. 55(b)(2). This figure represents the total actual costs expended by Sequoyah

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

to repair certain work not properly performed by Island Pipeline, as well as actual costs expended to complete certain work left unfinished when Island Pipeline abandoned its contracts with Sequoyah. Sequoyah has properly supported its requested damages with both a summary of costs and backup documentation of expenses incurred for each item requiring completion and/or repair. Accordingly, it is hereby

**ORDERED**:

1. Sequoyah Limited, LLC's Motion for Default Judgment (Doc. 36) is **GRANTED**.

2. The Clerk is directed to enter a default judgment in favor of defendant, SEQUOYAH LIMITED, LLC, and against plaintiff ISLAND PIPELINE, LLC in the amount of $541,255.21. Thereafter, the Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of March, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies:
counsel of record

Crystal L. Freed, Esq.
5798 Parkstone Crossing Dr.
Jacksonville, FL 32258

Alex Atwood, Esq.
1515 Newcastle Street
Brunswick, GA 31520

Gregory Slayton
Island Pipeline, LLC
P.O. Box 577
Woodbine, GA 31569